| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
GMN Group LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 6 – 3 8 7 1 9 4 0

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8609 Westwood Center Dr. | |
| Number    Street | Number    Street |
| Suite 110 | |
|  | P.O. Box |
| Tysons Corner    VA    22182 | |
| City    State    ZIP Code | City    State    ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| County | |
|  | Number    Street |
|  | |
|  | City    State    ZIP Code |

**5. Debtor's website (URL)**  
cmnllc.net

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **GMN Group LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  **2  3  8  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.   District _____ When _____ Case number _____
                                    MM / DD / YYYY
          District _____ When _____ Case number _____
                                    MM / DD / YYYY
          District _____ When _____ Case number _____
                                    MM / DD / YYYY

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **GMN Group LLC** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____   Relationship _____
        District _____   When _____ MM / DD / YYYY
        Case number, if known _____

        Debtor _____   Relationship _____
        District _____   When _____ MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number  Street
_____
_____
City                    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **GMN Group LLC**  _____  Case number (if known) _____

| | | | |
|---|---|---|---|
| 14. Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☒ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **05/02/2025**
    MM / DD / YYYY

    X **/s/ Renato Salgado**                    **Renato Salgado**
    Signature of authorized representative of debtor    Printed name

    Title **Manager**

18. **Signature of attorney**

    X **/s/ John P. Forest, II**                    Date **05/02/2025**
    Signature of attorney for debtor                MM / DD / YYYY

    **John P. Forest, II**
    Printed name

    **Law Office of John P. Forest, II**
    Firm name

    **11350 Random Hills Rd., Suite 700**
    Number    Street

    **Fairfax**                **VA**        **22030**
    City                    State    ZIP Code

    **(703) 691-4940**                **j.forest@stahlzelloe.com**
    Contact phone                Email address

    **33089**                    _____
    Bar number                State

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: CMG GROUP LLC ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) |  |
| ) |  |

**COVER SHEET FOR LIST OF CREDITORS**

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via a flash drive listing a total of 111 creditors.

CMN Group LLC

By:     */s/ Renato Perez*
Name:  Renato Perez
Title:   Managing Member

Date:   May 1, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CMG GROUP LLC | Docket No. 25-_____ |
| | Chapter 11 (Subchapter V) |
| Debtor | |

**LIST OF EQUITY SECURITY HOLDERS**

The Debtor states that the following are the persons who hold equity securities in the Debtor:

| Name: | Interest: |
|---|---|
| Renato Perez | 50% |
| Andre Kiduelo | 50% |

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

CMN Group LLC

By:    */s/ Renato Perez*
Name:  Renato Perez
Title: Managing Member

Date:  May 1, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

                        THE UNITED STATES BANKRUPTCY COURT
                             EASTERN DISTRICT OF VIRGINIA
                                   Alexandria Division

|  |  |
|---|---|
| IN RE: CMG GROUP LLC         ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor                              ) |  |

**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

      Under penalty perjury, the undersigned certifies that the above information is true and correct.

      CMN Group LLC

      By:    */s/ Renato Perez*
      Name:  Renato Perez
      Title:   Managing Member

      Date:   May 1, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: CMG GROUP LLC )<br>)<br>Debtor ) | Docket No. 25-_____<br>Chapter 11 (Subchapter V) |

**MINUTES OF THE SPECIAL MEETING**
**OF THE MEMBERS OF CMN GROUP LLC**

Minutes of the special meeting of the Members of CMN Group LLC, a Virginia limited liability company (the "Company) called pursuant to proper notice and the vote of the Members as indicated by their signatures hereon.

WHEREAS, it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Renato Perez be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Renato Perez be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

DATED and effective this 1st day of May 2025.

There being no further business, the meeting was thereupon adjourned.

*/s/ Renato Perez*
Secretary

APPROVED:

*/s/ Renato Perez*
Chairman                                                        Members:

                                                                */s/ Renato Perez*

                                                                */s/ Andre Kinduelo*
                                                                **RESOLUTION OF**

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: CMG GROUP LLC ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) |  |
| ) |  |

**THE MEMBERS OF CMN GROUP LLC**

A Resolution of the Members of CMN Group LLC (the "Company") made upon and pursuant to proper notice and the vote of the Member as indicated by their signatures hereon.

WHEREAS, the undersigned believe it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Renato Perez be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Renato Perez be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

DATED and effective this 1st day of May 2025.

There being no further business, the meeting was thereupon adjourned.

*/s/ Renato Perez*
Secretary

APPROVED:

*/s/ Renato Perez*
Chairman                                             Members:

                                                     */s/ Renato Perez*

                                                     */s/ Andre Kinduelo*